[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14518
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cv-00174-CG-N

BRENDA SALTER,
as administratrix for the Estate of William Scott Salter,

Plaintiff-Appellee,

versus

EDWIN BOOKER, Sheriff of Conecuh County,
TYRONE BOYKIN, M.A. MITCHELL,
STEVE MESSER, ALISHA BROWN,
GREG HARRELSON, DONNA COBB,
MELISSA TRANNUM, JENNIFER WRIGHT,
SHIRLEY TRENT,

Defendants-Appellants,

KELLY ADAMS, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(October 10, 2014)

Before ROSENBAUM, HILL, and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the argument of the parties contained in their briefs, we affirm the order of the district court dated September 17, 2013, adopting the report and recommendation of the magistrate judge dated July 24, 2013.

AFFIRMED.